United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2005

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. 5:05-cr-880 |
| BERNARDO SANDOVAL-MEDRANO | § | |

## ORDER

BE IT REMEMBERED on this __13TH__ day of __JULY__, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **June 16, 2005**, wherein the defendant waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.

SIGNED this the __13TH__ day of __JULY__, 2005.

George P. Kazen
United States District Judge